In the Matter of the Claim of JEANNETTE AIERLO, Respondent, against ISIDORE HAFT and MAX FELDMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident did not arise out of the employment. Cochrane, P. J., Van Kirk and Whitmyer, JJ., concur; Hinman and Davis, JJ., dissent.

In the Matter of the Claim of JAN WIGRYZN, Respondent, against INTERNATIONAL HARVESTER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of LILA TALERICO, Respondent, against FOLAN & HANNIGAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY ZIOLKOWSKI, Respondent, against AMERICAN RADIATOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of Strand v. Harris Structural Steel Co., Inc. (209 App. Div. 310) and cases there cited. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of CHARLES CONZLIA, Respondent, against GENESEE CONSTRUCTION COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of LEO BIBAUD, Respondent, against THE NEW YORK HERALD-TRIBUNE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of the STATE TREASURER OF THE STATE OF NEW YORK, Arising Out of the Death of WILLIAM J. HASSON, Respondent, against O. J. GUDE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award to the State Treasurer affirmed. Award for funeral expenses reversed and claim for funeral expenses dismissed, without costs. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ERMENENGILDA B. CANDUSSO, Appellant, against MURTHA & SCHMOHL COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN KAVALSKY, Respondent, against HENRY S. LEVY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of WILLIAM MURRAY, Respondent, against KENNWELL CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.